UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeremiah Ezekiel Johnson** **Docket No. 5:21-CR-158-1FL**

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeremiah Ezekiel Johnson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) & 924(e)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 25, 2022, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jeremiah Ezekiel Johnson was released from custody on August 9, 2024, at which time the term of supervised release commenced.

On March 14, 2025, A Violation Report was submitted to the court advising of drug use and non-compliance with participation in the surprise urinalysis. An administrative hearing was held. No further action was requested from the court.

On May 12, 2025, A Violation Report was submitted to the court advising of drug use and non-compliance with participation in the surprise urinalysis program. The defendant was verbally reprimanded and continued in drug treatment. No further action was requested from the court.

On October 6, 2026, A Violation Report was submitted to the court advising or criminal conduct surrounding driving with a revoked license. An administrative hearing was held. No further action was requested from the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Between February and September 2026, the defendant was charged with four counts of Driving While License Revoked; two counts of No Liability Insurance; Operating a Vehicle With No Insurance; Canceled/Revoked/Suspended Tags; Driving Without a Valid Registration; and Speeding. To address this issue and the defendant's thinking patterns, the probation office recommends participation in a cognitive behavioral program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jonathan Holmes
Jonathan Holmes
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: October 22, 2026

**ORDER OF THE COURT**

Considered and ordered this 26th day of October, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge